IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHERREE SALTER,** *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )   CIVIL ACTION 03-0863-WS-B |
| | ) |
| **SHOE SHOW, INC.,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

It has been brought to the undersigned's attention that the Amended Scheduling Order (doc. 47) entered on November 22, 2004, contains a typographical error. In particular, paragraph 2 of that Order reflects that this action is set for jury selection on August 2, 2005, with trial to follow "sometime during the month of February." For the sake of clarity, the Court **amends** the Amended Scheduling Order to provide that trial will be held during the month of **August 2005**.

DONE and ORDERED this 25th day of May, 2005.

                                      s/ WILLIAM H. STEELE
                                      UNITED STATES DISTRICT JUDGE