IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERREE SALTER, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:03-cv-863-WS-B |
| ) | |
| SHOE SHOW, INC. and ANDRE ) | |
| JONES, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL BY INDIVIDUAL PLAINTIFFS, ADDITIONAL NAMED CLASS MEMBERS, AND DEFENDANT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Sherree Salter, Valissa Boykin, Gwendolyn Wilson, Nickeya Betts, Brittany Salter, Casey Thames, Angela Lett and Ta'Harra Lett (the "Individual Plaintiffs"), Dawn Brooks and Rasla McCreary ("the "Additional Named Class Members"), and Shoe Show of Rocky Mount, Inc., (the "Defendant"), through their respective attorneys, hereby stipulate that all claims by the Individual Plaintiffs and Additional Named Class Members in this action should be dismissed with prejudice, with each party to bear her or its own costs, expenses, and attorney's fees.

Respectfully submitted this 18th day of July, 2005:

/s/Sally Broatch Waudby
Sally Broatch Waudby ASB-4704-W84S
swaudby@lmpv.com
Attorney for Defendant

OFCOUNSEL:
LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

2

                                              s/Sherrie V. McKenzie
                                              Sherrie V. McKenzie -Bar No. MCK8865
                                              sherrie@frontiernet.net
                                              Attorney for Individual Plaintiffs and Additional Named Class Members

OF COUNSEL:
Sherrie V. McKenzie, Esq.
sherrie@frontiernet.net
Steele & McKenzie, P.C.
P. O. Box 724
Monroeville, AL  36461-0724
(251) 575-4781

OF COUNSEL:
C. Michael Quinn, Esq.
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0533

**SIGNED ELECTRONICALLY WITH PERMISSION OF ALL PARTIES**

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      J. Mark Graham, Esq.
      Equal Employment Opportunity Commission
      Ridge Park Place
      1130 22nd Street South, Suite 2000
      Birmingham, AL  35205

      Respectfully submitted,

      s/Sally B. Waudby ASB-4704-W84S
      Sally B. Waudby ASB-4704-W84S
      Lehr Middlebrooks Price & Vreeland, P.C.
      P.O. Box 11945
      Birmingham, AL 35202-1945
      Phone:  (205) 326-3002
      Fax:  (205) 326-3008
      E-mail: swaudby@lmpv.com
      Bar No.: ASB-4704-W84S

136693