IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHERREE SALTER,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 03-0863-WS-B |
| | ) |
| **SHOE SHOW, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This action is before the Court on the Joint Stipulation for Dismissal (doc. 110) filed by defendant Shoe Show of Rocky Mount, Inc. and plaintiffs Sherree Salter, Valissa Boykin, Gwendolyn Wilson, Nickeya Betts, Brittany Salter, Casey Thames, Angela Lett and Ta'Harra Lett, as well as additional named class members Dawn Brooks and Rasla McCreary. In accordance with the stipulation, it is **ordered** that all claims and causes of action by and between these parties in this action are **dismissed with prejudice**, each party to bear her, his or its own costs and attorney's fees. Nothing in this Order compromises or dismisses the claims of plaintiff Equal Employment Opportunity Commission, where are being dismissed pursuant to the terms of a separate Consent Decree entered on this date.

DONE and ORDERED this 20th day of July, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE